```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


       IN RE:                    :      CHAPTER 13

     Ivra E Davis                :      No.  17-16615-elf
          Debtor
```

ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby

**ORDERED** that Debtors attorney David M. Offen is given an extension of time of (14) days until **October 26, 2017,** by which date all required documents must be filed.

_____  10/12/17
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**