United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ivra E. Davis  
    Debtor

Case No. 17-16615-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Oct 12, 2017  
                     Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2017.  
db          +Ivra E. Davis,   6951 Ruskin Lane,   Upper Darby, PA 19082-5024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: bankruptcy@phila.gov Oct 13 2017 01:39:47     City of Philadelphia,  
           City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
           Philadelphia, PA 19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2017 01:39:06  
           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
           Harrisburg, PA 17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2017 01:39:35     U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2017 01:35:22     Synchrony Bank,  
           c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2017 at the address(es) listed below:  
         DAVID M. OFFEN    on behalf of Debtor Ivra E. Davis dmo160west@gmail.com, davidoffenecf@gmail.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                      TOTAL: 4

```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA



         IN RE:                    :      CHAPTER 13

      Ivra E Davis                 :      No.  17-16615-elf
            Debtor
```

ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE
STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby

**ORDERED** that Debtors attorney David M. Offen is given an extension of time of (14) days until **October 26, 2017,** by which date all required documents must be filed.

_____    10/12/17
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**