

**PROSPECT CCMC, LLC.**
CROZER CHESTER MEDICAL CENTER
ONE MEDICAL CENTER BLVD
UPLAND, PA. 19013

| Deposit Number |
|---|
| 59272 CL |
| Amount |
| ****533.19 |

| Employee No. | Employee Name | Cost Center | Check Date | Period Ending | Base Rate |
|---|---|---|---|---|---|
| 0002257962 | IVRA E DAVIS | 150602100 | 04/06/17 | 04/02/17 | 18.150 |

| Federal-State-Location Exemptions | VACA | SICK | PERS | Pay Per No. | Check No. |
|---|---|---|---|---|---|
| EXEMPT 06 00 00 | 10.7800 | 12.9500 | 16.0000 | 14 | 59272 CL |
|  | VACT | PTO5 |  |  |  |
|  | 0.0000 | 0.0000 |  |  |  |

| Earnings ||||  Deductions / Taxes ||| | |
|---|---|---|---|---|---|---|---|---|
| Desc. | Hours | Dollars | Rate | Desc. | Current | Year To Date | Gross Pay | 937.95 |
| REGULA 1 | 8.00 | 145.20 | 18.150 | SSEC | 48.28 | 347.39 | Gross YTD | 6675.61 |
| REGULA 2 | 17.50 | 343.87 | 19.650 | MEDI | 11.29 | 81.25 | Net Pay | 533.19 |
| REGULA 3 | 22.50 | 448.88 | 19.950 | FIT |  | 54.45 | Vol. Ded. | 312.45 |
|  |  |  |  | ST39 | 24.20 | 174.08 |  |  |
|  |  |  |  | LO13 | 7.88 | 56.69 |  |  |
|  |  |  |  | SDI | .66 | 4.68 |  |  |
|  |  |  |  | LST | 2.00 | 14.00 |  |  |
|  |  |  |  | EPO | 116.81 | 817.67 |  |  |
|  |  |  |  | DPPO | 14.99 | 104.93 |  |  |
|  |  |  |  | VISI | 3.80 | 26.60 |  |  |
|  |  |  |  | HCFS | 9.61 | 67.27 |  |  |
|  |  |  |  | LTDS | 4.65 | 40.89 |  |  |
|  |  |  |  | STD | 3.12 | 20.90 |  |  |
|  |  |  |  | LIFE | 5.24 | 36.68 |  |  |
|  |  |  |  | SADD | .71 | 4.97 |  |  |
|  |  |  |  | PARK | 14.00 | 56.00 |  |  |
|  |  |  |  | 401% | 37.52 | 258.32 |  |  |
|  |  |  |  | BANK | 100.00 | 700.00 |  |  |
| Total |  48.00 | 937.95 |  | Total | 404.76 | 2866.77 |  |  |

https://my-estub.com/Employee/PayStubDetail.aspx?rwndrnd=0.044815352938885056        6/14/2017



**PROSPECT CCMC, LLC.**
CROZER CHESTER MEDICAL CENTER
ONE MEDICAL CENTER BLVD
UPLAND, PA. 19013

Powered By: my eStub ELECTRONIC PAY ADVICES

| Deposit Number |
|---|
| 62334 CL |
| Amount |
| ****546.71 |

| Employee No. | Employee Name | Cost Center | Check Date | Period Ending | Base Rate |
|---|---|---|---|---|---|
| 0002257962 | IVRA E DAVIS | 150602100 | 04/20/17 | 04/16/17 | 18.150 |

| Federal-State-Location Exemptions | VACA | SICK | PERS | Pay Per No. | Check No. |
|---|---|---|---|---|---|
| EXEMPT 06 00 00 | 12.3200 | 14.8000 | 16.0000 | 16 | 62334 CL |
|  | VACT | PTO5 |  |  |  |
|  | 0.0000 | 0.0000 |  |  |  |

| Earnings ||||  Deductions / Taxes ||| |  |
|---|---|---|---|---|---|---|---|---|
| Desc. | Hours | Dollars | Rate | Desc. | Current | Year To Date | Gross Pay | 937.95 |
| REGULA 1 | 8.00 | 145.20 | 18.150 | SSEC | 49.15 | 396.54 | Gross YTD | 7613.56 |
| REGULA 2 | 17.50 | 343.87 | 19.650 | MEDI | 11.49 | 92.74 | Net Pay | 546.71 |
| REGULA 3 | 22.50 | 448.88 | 19.950 | FIT |  | 54.45 | Vol. Ded. | 297.29 |
|  |  |  |  | ST39 | 24.63 | 198.71 |  |  |
|  |  |  |  | LO13 | 8.02 | 64.71 |  |  |
|  |  |  |  | SDI | .66 | 5.34 |  |  |
|  |  |  |  | LST | 2.00 | 16.00 |  |  |
|  |  |  |  | EPO | 116.81 | 934.48 |  |  |
|  |  |  |  | DPPO | 14.99 | 119.92 |  |  |
|  |  |  |  | VISI | 3.80 | 30.40 |  |  |
|  |  |  |  | HCFS | 9.61 | 76.88 |  |  |
|  |  |  |  | LTDS | 3.95 | 44.84 |  |  |
|  |  |  |  | STD | 2.65 | 23.55 |  |  |
|  |  |  |  | LIFE | 5.24 | 41.92 |  |  |
|  |  |  |  | SADD | .72 | 5.69 |  |  |
|  |  |  |  | PARK |  | 56.00 |  |  |
|  |  |  |  | 401% | 37.52 | 295.84 |  |  |
|  |  |  |  | BANK | 100.00 | 800.00 |  |  |
| Total | 48.00 | 937.95 |  | Total | 391.24 | 3258.01 |  |  |



Powered By: my eSTUB ELECTRONIC PAY ADVICES

**PROSPECT CCMC, LLC.**
CROZER CHESTER MEDICAL CENTER
ONE MEDICAL CENTER BLVD
UPLAND, PA. 19013

| Deposit Number |
|---|
| 65406 CL |
| Amount |
| ****502.75 |

| Employee No. | Employee Name | Cost Center | Check Date | Period Ending | Base Rate |
|---|---|---|---|---|---|
| 0002257962 | IVRA E DAVIS | 150602100 | 05/04/17 | 04/30/17 | 18.510 |

| Federal-State-Location Exemptions | VACA | SICK | PERS | Pay Per No. | Check No. |
|---|---|---|---|---|---|
| EXEMPT 06 00 00 | 13.8600 | 16.6500 | 16.0000 | 18 | 65406 CL |
|  | VACT | PTO5 |  |  |  |
|  | 0.0000 | 0.0000 |  |  |  |

| Earnings | | | | Deductions / Taxes | | | | |
|---|---|---|---|---|---|---|---|---|
| Desc. | Hours | Dollars | Rate | Desc. | Current | Year To Date | | |
| REGULA 1 | 24.00 | 444.24 | 18.510 | SSEC | 46.32 | 442.86 | Gross Pay | 906.22 |
| REGULA 2 | 12.50 | 250.13 | 20.010 | MEDI | 10.83 | 103.57 | Gross YTD | 8519.78 |
| REGULA 3 | 7.50 | 152.32 | 20.310 | FIT |  | 54.45 | Net Pay | 502.75 |
| LU SUM 0 | .00 | 59.53 |  | ST39 | 23.23 | 221.94 | Vol. Ded. | 314.89 |
|  |  |  |  | LO13 | 7.57 | 72.28 |  |  |
|  |  |  |  | SDI | .63 | 5.97 |  |  |
|  |  |  |  | LST | 2.00 | 18.00 |  |  |
|  |  |  |  | EPO | 116.81 | 1051.29 |  |  |
|  |  |  |  | DPPO | 14.99 | 134.91 |  |  |
|  |  |  |  | VISI | 3.80 | 34.20 |  |  |
|  |  |  |  | HCFS | 9.61 | 86.49 |  |  |
|  |  |  |  | LTDS | 8.82 | 53.66 |  |  |
|  |  |  |  | STD | 2.65 | 26.20 |  |  |
|  |  |  |  | LIFE | 5.24 | 47.16 |  |  |
|  |  |  |  | SADD | .72 | 6.41 |  |  |
|  |  |  |  | PARK | 14.00 | 70.00 |  |  |
|  |  |  |  | 401% | 36.25 | 332.09 |  |  |
|  |  |  |  | BANK | 100.00 | 900.00 |  |  |
| Total |  44.00 | 906.22 |  | Total | 403.47 | 3661.48 |  |  |




Powered By:

**PROSPECT CCMC, LLC.**
CROZER CHESTER MEDICAL CENTER
ONE MEDICAL CENTER BLVD
UPLAND, PA. 19013

| Deposit Number |
|---|
| 68605 CL |
| Amount |
| ****476.97 |

| Employee No. | Employee Name | Cost Center | Check Date | Period Ending | Base Rate |
|---|---|---|---|---|---|
| 0002257962 | IVRA E DAVIS | 150602100 | 05/18/17 | 05/14/17 | 18.510 |

| Federal-State-Location Exemptions | VACA | SICK | PERS | Pay Per No. | Check No. |
|---|---|---|---|---|---|
| EXEMPT 06 00 00 | 15.4000 | 18.5000 | 16.0000 | 20 | 68605 CL |
|  | VACT | PTO5 |  |  |  |
|  | 0.0000 | 0.0000 |  |  |  |

| Earnings | | | | Deductions / Taxes | | | | |
|---|---|---|---|---|---|---|---|---|
| Desc. | Hours | Dollars | Rate | Desc. | Current | Year To Date | | |
| REGULA 1 | 16.00 | 296.16 | 18.510 | SSEC | 44.37 | 487.23 | Gross Pay | 860.94 |
| REGULA 2 | 13.00 | 260.13 | 20.010 | MEDI | 10.38 | 113.95 | Gross YTD | 9380.72 |
| REGULA 3 | 15.00 | 304.65 | 20.310 | FIT |  | 54.45 | Net Pay | 476.97 |
|  |  |  |  | ST39 | 22.27 | 244.21 | Vol. Ded. | 299.10 |
|  |  |  |  | LO13 | 7.25 | 79.53 |  |  |
|  |  |  |  | SDI | .60 | 6.57 |  |  |
|  |  |  |  | LST | 2.00 | 20.00 |  |  |
|  |  |  |  | EPO | 116.81 | 1168.10 |  |  |
|  |  |  |  | DPPO | 14.99 | 149.90 |  |  |
|  |  |  |  | VISI | 3.80 | 38.00 |  |  |
|  |  |  |  | HCFS | 9.61 | 96.10 |  |  |
|  |  |  |  | LTDS | 8.82 | 62.48 |  |  |
|  |  |  |  | STD | 2.65 | 28.85 |  |  |
|  |  |  |  | LIFE | 5.24 | 52.40 |  |  |
|  |  |  |  | SADD | .74 | 7.15 |  |  |
|  |  |  |  | PARK |  | 70.00 |  |  |
|  |  |  |  | 401% | 34.44 | 366.53 |  |  |
|  |  |  |  | BANK | 100.00 | 1000.00 |  |  |
| Total | 44.00 | 860.94 |  | Total | 383.97 | 4045.45 |  |  |

https://my-estub.com/Employee/PayStubDetail.aspx?rwndrnd=0.5415115869698091                6/14/2017




Powered By: my eStub ELECTRONIC PAY ADVICES

**PROSPECT CCMC, LLC.**
CROZER CHESTER MEDICAL CENTER
ONE MEDICAL CENTER BLVD
UPLAND, PA. 19013

| Deposit Number |
|---|
| 71715 CL |
| Amount |
| ****444.80 |

| Employee No. | Employee Name | Cost Center | Check Date | Period Ending | Base Rate |
|---|---|---|---|---|---|
| 0002257962 | IVRA E DAVIS | 150602100 | 06/01/17 | 05/28/17 | 18.510 |

| Federal-State-Location Exemptions | VACA | SICK | PERS | Pay Per No. | Check No. |
|---|---|---|---|---|---|
| EXEMPT 06 00 00 | 16.9400 | 20.3500 | 16.0000 | 22 | 71715 CL |
| | VACT | PTO5 | | | |
| | 0.0000 | 0.0000 | | | |

| Earnings | | | | Deductions / Taxes | | | | |
|---|---|---|---|---|---|---|---|---|
| Desc. | Hours | Dollars | Rate | Desc. | Current | Year To Date | | |
| REGULA 1 | 23.50 | 434.99 | 18.510 | SSEC | 42.06 | 529.29 | Gross Pay | 837.44 |
| REGULA 2 | 12.50 | 250.13 | 20.010 | MEDI | 9.83 | 123.78 | Gross YTD | 10218.16 |
| REGULA 3 | 7.50 | 152.32 | 20.310 | FIT | | 54.45 | Net Pay | 444.80 |
| | | | | ST39 | 21.12 | 265.33 | Vol. Ded. | 312.16 |
| | | | | LO13 | 6.88 | 86.41 | | |
| | | | | SDI | .59 | 7.16 | | |
| | | | | LST | 2.00 | 22.00 | | |
| | | | | EPO | 116.81 | 1284.91 | | |
| | | | | DPPO | 14.99 | 164.89 | | |
| | | | | VISI | 3.80 | 41.80 | | |
| | | | | HCFS | 9.61 | 105.71 | | |
| | | | | LTDS | 8.82 | 71.30 | | |
| | | | | STD | 2.65 | 31.50 | | |
| | | | | LIFE | 5.24 | 57.64 | | |
| | | | | SADD | .74 | 7.89 | | |
| | | | | PARK | 14.00 | 84.00 | | |
| | | | | 401% | 33.50 | 400.03 | | |
| | | | | BANK | 100.00 | 1100.00 | | |
| Total | 43.50 | 837.44 | | Total | 392.64 | 4438.09 | | |





# CROZER-KEYSTONE HEALTH SYSTEM

Powered By: my eSTUB ELECTRONIC PAY ADVICES

**PROSPECT CCMC, LLC.**
CROZER CHESTER MEDICAL CENTER
ONE MEDICAL CENTER BLVD
UPLAND, PA. 19013

| Deposit Number |
|---|
| 90570 CL |
| Amount |
| ****471.92 |

| Employee No. | Employee Name | Cost Center | Check Date | Period Ending | Base Rate |
|---|---|---|---|---|---|
| 0002257962 | IVRA E DAVIS | 150602100 | 08/24/17 | 08/20/17 | 18.510 |

| Federal-State-Location Exemptions | VACA | SICK | PERS | Pay Per No. | Check No. |
|---|---|---|---|---|---|
| EXEMPT 06 00 00 | 26.1800 | 31.4500 | 8.0000 | 34 | 90570 CL |
| | VACT | PTO5 | | | |
| | 0.0000 | 0.0000 | | | |

| Earnings | | | | Deductions / Taxes | | | | |
|---|---|---|---|---|---|---|---|---|
| Desc. | Hours | Dollars | Rate | Desc. | Current | Year To Date | | |
| REGULA 1 | 16.00 | 296.16 | 18.510 | SSEC | 44.00 | 804.31 | Gross Pay | 854.94 |
| REGULA 2 | 9.00 | 180.09 | 20.010 | MEDI | 10.29 | 188.10 | Gross YTD | 15553.28 |
| REGULA 3 | 15.00 | 304.65 | 20.310 | FIT | | 54.45 | Net Pay | 471.92 |
| LEG HO 1 | 4.00 | 74.04 | 18.510 | ST39 | 22.08 | 403.28 | Vol. Ded. | 298.86 |
| | | | | LO13 | 7.19 | 131.35 | | |
| | | | | SDI | .60 | 10.89 | | |
| | | | | LST | 2.00 | 34.00 | | |
| | | | | EPO | 116.81 | 1985.77 | | |
| | | | | DPPO | 14.99 | 254.83 | | |
| | | | | VISI | 3.80 | 64.60 | | |
| | | | | HCFS | 9.61 | 163.37 | | |

Page: 1 2 3 4 5    Page size: 5    Advice Listings 1 to 5 of 25
Page: 1 of 5 Go

Privacy Policy
© Paperless Pay Corporation 2005-2017 - 46

https://my-estub.com/Employee/ElectronicPayAdviceListing.aspx    9/27/17, 12:20 PM
Page 1 of 1








**Powered By:** my eSTUB ELECTRONIC PAY ADVICES

**PROSPECT CCMC, LLC.**
CROZER CHESTER MEDICAL CENTER
ONE MEDICAL CENTER BLVD
UPLAND, PA. 19013

| Deposit Number |
|---|
| 03458 CL |
| Amount |
| ****677.85 |

| Employee No. | Employee Name | Cost Center | Check Date | Period Ending | Base Rate |
|---|---|---|---|---|---|
| 0002257962 | IVRA E DAVIS | 150602100 | 10/05/17 | 10/01/17 | 18.510 |

| Federal-State-Location Exemptions | VACA | SICK | PERS | Pay Per No. | Check No. |
|---|---|---|---|---|---|
| EXEMPT 06 00 00 | 30.8000 | 37.0000 | 4.0000 | 40 | 03458 CL |
| | VACT | PTO5 | | | |
| | 0.0000 | 0.0000 | | | |

| Earnings ||| Deductions / Taxes ||| |||
|---|---|---|---|---|---|---|---|
| Desc. | Hours | Dollars | Rate | Desc. | Current | Year To Date | |
| REGULA 1 | 24.00 | 444.24 | 18.510 | SSEC | 37.29 | 941.84 | Gross Pay 1060.65 |
| REGULA 2 | 4.50 | 90.04 | 20.010 | MEDI | 8.72 | 220.27 | Gross YTD 18535.23 |
| REGULA 3 | 7.50 | 152.33 | 20.310 | FIT | | 54.45 | Net Pay 677.85 |
| PERHOL 1 | 4.00 | 74.04 | 18.510 | ST39 | 18.76 | 472.26 | Vol. Ded. 311.39 |
| | | | | LO13 | 6.11 | 153.82 | CASH BEN+ 300.00 |
| | | | | SDI | .53 | 12.77 | |
| | | | | LST | 2.00 | 40.00 | |
| | | | | EPO | 116.81 | 2336.20 | |
| | | | | DPPO | 14.99 | 299.80 | |
| | | | | VISI | 3.80 | 76.00 | |
| | | | | HCFS | 9.61 | 192.20 | |
| | | | | LTDS | 10.59 | 152.45 | |
| | | | | STD | 3.18 | 55.88 | |
| | | | | LIFE | 5.24 | 104.80 | |
| | | | | SADD | .74 | 14.55 | |
| | | | | PARK | 14.00 | 140.00 | |
| | | | | 401% | 30.43 | 720.72 | |
| | | | | BANK | 100.00 | 2000.00 | |
| Total | 40.00 | 1060.65 | | Total | 382.80 | 7988.01 | |

https://my-estub.com/Employee/ElectronicPayAdviceListing.aspx

10/9/17, 9:29 AM
Page 1 of 2