## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ivra E. Davis<br>　　　　　　Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　Movant<br>　　vs.<br>Ivra E. Davis<br>　　　　　　Debtor | NO. 17-16615 ELF |
| William C. Miller, Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this  9th  day of  January  2018 , upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **granted** and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is **modified** as to Movant, with respect to the subject premises located at 6012 Catharine Street, Philadelphia, PA 19143 ("Property"), to allow Movant, or its successor or assignee, to proceed with its in rem rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Ivra E. Davis
6951 Ruskin Lane
Upper Darby, PA 19082

David M. Offen, Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532