United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ivra E. Davis  
     Debtor

Case No. 17-16615-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jan 16, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.  
db            +Ivra E. Davis,    6951 Ruskin Lane,    Upper Darby, PA 19082-5024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:

          ANN E. SWARTZ     on behalf of Creditor     Philadelphia Federal Credit Union ecfmail@mwc-law.com, ecfmail@mwc-law.com  
          CELINE P. DERKRIKORIAN     on behalf of Creditor     Philadelphia Federal Credit Union ecfmail@mwc-law.com  
          DAVID M. OFFEN     on behalf of Debtor Ivra E. Davis dmo160west@gmail.com, davidoffenecf@gmail.com  
          JEROME B. BLANK     on behalf of Creditor     DITECH FINANCIAL LLC paeb@fedphe.com  
          MARIO J. HANYON     on behalf of Creditor     DITECH FINANCIAL LLC paeb@fedphe.com  
          MATTEO SAMUEL WEINER     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
          THOMAS YOUNG.HAE SONG     on behalf of Creditor     DITECH FINANCIAL LLC paeb@fedphe.com  
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                 TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE: : | |
| **IVRA E. DAVIS** : | **BK. No. 17-16615 ELF** |
| Debtor : | |
| : | **Chapter No. 13** |
| **DITECH FINANCIAL LLC** : | |
| Movant : | |
| v. : | |
| **IVRA E. DAVIS** : | |
| Respondent : | **11 U.S.C. §362** |
| : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

    **AND NOW**, this 16th day of January, 2017, at **PHILADELPHIA**, upon Motion of **DITECH FINANCIAL LLC** (Movant), it is:

    **ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **1335 S 54TH ST, PHILADELPHIA, PA 19143-4801**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **DITECH FINANCIAL LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

    **Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**