United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-16615-elf
Ivra E. Davis                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi           Page 1 of 2           Date Rcvd: Apr 04, 2018
                              Form ID: pdf900       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
db           +Ivra E. Davis,    6951 Ruskin Lane,    Upper Darby, PA 19082-5024
14060507      CACH, LLC its successors and assigns as assignee,    of Chase Bank USA, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14059287      CREDITONE, LLC,    P.O. BOX 625,    METAIRIE, LA 70004-0625
13990649      City of Philadelphia Tax Unit,    1401 JKF Blvd.,    Philadelphia, PA 19102-5000
14005998     +Ditech Financial LLC,    c/o Thomas Song, Esq.,    Phelan Hallinan Diamond & Jones LLP,
               1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13990651     +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
13990653     +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
13990664     +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
               Philadelphia, PA 19106-1538
13990665     +Law Offices of Eric A Shore,    2 Penn Center Suite 1240,    1500 John F Kennedy Blvd.,
               Philadelphia, PA 19102-1712
13990666     +Nationstar Mortgage LLC,    c/o Matteo S. Weiner, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Phila., PA 19106-1541
14003919     +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Department,    P.O. Box 619096,
               Dallas, TX 75261-9096
13999230     +Phila. FCU,    c/o Ann E. Swartz, Esq.,    123 S. Broad St., Ste. 1400,    Phila., PA 19109-1060
13990667     +Philadelphia Fcu,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13990668     +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14058905     +Philadelphia Federal Credit Union,    c/o Cenlar FSB,    425 Phillips Boulevard,
               Ewing, NJ 08618-1430
14024136      U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184
14074461     +Upper Darby Township,    c/o James D. Smith, Finance Director,    100 Garrett Road,
               Upper Darby, PA 19082-3135
13990670      Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Apr 05 2018 01:55:44     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:55:12
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 05 2018 01:55:30     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2018 01:53:00     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14078372     +E-mail/Text: bankruptcy@phila.gov Apr 05 2018 01:55:45
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13990650     +E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2018 01:54:56     Ditech,    Attn: Bankruptcy,
               Po Box 6172,    Rapid City, SD 57709-6172
14006171      E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2018 01:54:56
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
14060502      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 05 2018 02:01:42
               LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13990669      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2018 01:54:18
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13999843      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2018 01:52:58
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13991432     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 05 2018 02:08:56
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13990671     +E-mail/Text: bankruptcydept@wyn.com Apr 05 2018 01:55:31     Wyndham Vacation Ownership,
               6277 Sea Harbor Dr,    Orlando, FL 32821-8043
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14078373*    +CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13990652*    +Fed Loan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
13990654*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
13990655*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
13990656*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
13990657*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
13990658*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
13990659*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
13990660*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
13990661*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
13990662*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
13990663*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Apr 04, 2018
                              Form ID: pdf900          Total Noticed: 30
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
                                                                                TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Philadelphia Federal Credit Union
               ecfmail@mwc-law.com
              DAVID M. OFFEN    on behalf of Debtor Ivra E. Davis dmo160west@gmail.com,  davidoffenecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IVRA E. DAVIS | Chapter 13 |
| Debtor | Bankruptcy No. 17-16615-ELF |

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this __4th__ day of __April__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
IVRA E. DAVIS

6951 RUSKIN LANE

UPPER DARBY, PA 19082